**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **DAVID A. HARRIS,**<br><br>        Plaintiff,<br>   *v.*<br><br>**UNITED STATES DEPARTMENT OF STATE, et al.,**<br><br>        Defendants. | **CIVIL ACTION**<br><br><br>**NO. 25-2157-KSM** |

## ORDER

**AND NOW**, this 11th day of March, 2026, upon consideration of Plaintiff's complaint (Doc. No. 1), the Honorable Betsy Wahl's motion to dismiss (Doc. No. 7), the United States Department of State, United States Citizenship and Immigration Services, Immigration and Customs Enforcement (together the "Federal Defendants") motion to dismiss (Doc. No. 9), Plaintiff's opposition briefs (Doc. No. 11, 12), and for the reasons explained in the accompanying Memorandum, it is **ORDERED** that the motions are **GRANTED** as follows:

1.      Counts One, Two, Three, and Four are **DISMISSED WITH PREJUDICE.**

2.      The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.